JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR 5, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN A. GARZA,<br>    Plaintiff,<br><br>vs.<br><br>CAPITAL RECOVERY GROUP OF HOUSTON, LLC, ANDREW SAMUELS and DOES 1-10, Inclusive,<br><br>    Defendants. | CASE NO. 5:17-CV-00751-VAP (KSX)<br><br>[PROPOSED] JUDGMENT<br><br>ASSIGNED TO THE HONORABLE VIRGINIA A. PHILLIPS |

Pursuant to the Court's Orders filed March 29, 2018 (ECF 23):

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff Stephen A. Garza shall recover from Defendants Capital Recovery Group of Houston, LLC and Andrew Samuels, the principal amount of $500.00, plus attorneys' fees of $250.00, costs of $440.00, and post-judgment interest as determined by 28 U.S.C. §1961 from the date of entry of the judgment herein for a total judgment of $1,190.00

**IT IS SO ORDERED.**

DATED: April 5, 2018

                              _/s/ Virginia A. Phillips_
                              VIRGINIA A. PHILLIPS
                              CHIEF UNITED STATES DISTRICT JUDGE
                              UNITED STATES DISTRICT COURT